UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:99-cr-00009-RLY-MPB-04 |
| | ) | |
| WINSTON SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY DENYING DEFENDANT'S MOTION TO MODIFY SENTENCE**

Winston Sanchez was convicted by a jury in June 2000 of conspiracy to possess with intent to distribute and distribution of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846.  Sanchez had two prior felony convictions, which raised his total offense level to 37.  The Sentencing Guidelines recommended a sentence between 360 months to life imprisonment.  Sanchez was sentenced as a career offender to 360 months in prison.  *United States v. Sanchez*, 251 F.3d 598, 601, 603 (7th Cir. 2001).  He appealed, and the Seventh Circuit affirmed his conviction and sentence.  *Id.*

On July 13, 2021, and then again on February 15, 2022, Sanchez moved for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c) and Amendment 782 to the United States Sentencing Guidelines.  The Government responded that Sanchez does not qualify for a reduction under Amendment 782 because he was sentenced as a career offender.  The court agrees.  *United States v. Black*, 783 F. App'x 629, 630 (7th Cir. 2019) ("Amendment 782 does not apply to career offenders."); *see also Sanchez*, 251 F.3d at 603 (concluding that this court did not err in sentencing Sanchez as a career

1

offender).  "To the extent [Sanchez] argues that he no longer qualifies as a career

offender, a § 3582(c)(2) motion is not the proper vehicle to challenge a career-offender

designation." *Black*, 783 F. App'x at 630.

Because Sanchez is not eligible for a sentence reduction under Amendment 782,

his motions to reduce his sentence (Filing Nos. 19 & 20) are **DENIED**.

**IT IS SO ORDERED** this 1st day of June 2022.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distribution:

Winston Sanchez
Reg. #55264-198
FCC Beaumont Medium
P.O. Box 26040
Beaumont, TX 77720

All Electronically Registered Counsel.